**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
In re

Tony E. Nicolas,

        Debtor.

----------------------------------------------------------x

        Chapter 13

        Case No. 19-45808-nhl

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

        PLEASE TAKE NOTICE THAT, the Law Offices of Jeremy S. Sussman (the "Sussman Law Firm") hereby enters its appearance as counsel to **Columbia Capital Co.** in the above-captioned matters.

        PLEASE TAKE FURTHER NOTICE THAT, the Sussman Law Firm, pursuant to section 342 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that copies of any and all notices, pleadings and papers filed, entered or served in this case be given to and served upon the following:

        Jeremy S. Sussman, Esq.
        THE LAW OFFICES OF JEREMY S. SUSSMAN
        225 Broadway, Suite 3800
        New York, NY 10007
        Telephone: (646) 322-8373
        Email: sussman@sussman-legal.com

        PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or

conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that is filed or given in connection with these cases and the proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this notice of appearance nor any prior or later appearance, pleading or claim waives (1) any right to have final orders in non-core matters entered only after *de novo* review by a District Court judge, (2) any right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other substantive or procedural rights.

Dated:   New York, NY
         October 16, 2019

                                             THE LAW OFFICE OF JEREMY S. SUSSMAN

                                             By: /s/ Jeremy S. Sussman
                                                  Jeremy S. Sussman
                                                  225 Broadway, 38th Floor
                                                  New York, NY 10007